IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSERION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CONSENSUS ORTHOPEDICS, INC.,<br><br>    Defendant. | Case No. 2:20-cv-00339-WBS-AC<br><br>FIRST REQUEST FOR AN EXTENSION OF TIME |

GOOD CAUSE APPEARING, it is hereby ordered that the time Defendant Consensus Orthopedics Inc. has to answer or otherwise respond to Plaintiff Enserion LLC's Complaint is extended to August 3, 2020.

Additionally, the previously scheduled status conference (Dkt. 6) is now scheduled for **September 14, 2020 at 1:30 p.m**. A joint status report shall be filed no later than **August 31, 2020**.

SO ORDERED.

Dated: May 22, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE