IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ENSERION, LLC,

    Plaintiff,

v.

CONSENSUS ORTHOPEDICS, INC.,

    Defendant.

Case No. 2:20-cv-00339-WBS-AC

ORDER GRANTING SECOND REQUEST FOR AN EXTENSION OF TIME

GOOD CAUSE APPEARING, it is hereby ordered that the time Defendant Consensus Orthopedics Inc. has to answer or otherwise respond to Plaintiff Enserion LLC's Complaint is extended to September 2, 2020.

SO ORDERED.

Dated: July 30, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE